IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This document relates to individual case no. 13-CV-00157 SC<br><br>TECH DATA CORPORATION; TECH DATA PRODUCT MANAGEMENT, INC.,<br><br>      Plaintiffs,<br><br>  v.<br><br>HITACHI, LTD., et al.,<br><br>      Defendants. | Case No. CV 07-5944 SC<br><br>ORDER REGARDING TECH DATA PLAINTIFFS' NOTICE OF UNAVAILABILITY FOR STATUS CONFERENCE |

    The Court, having considered the Tech Data Corporation and Tech Data Product Management's ("Tech Data") notice of unavailability, ORDERS as follows:

    Tech Data and its law firm, Bilzin, are excused from attending the September 13, 2013 status conference due to the Yom Kippur Holiday.

    Tech Data and Bilzin are not authorized to appear

1 | telephonically for the status conference.  Liason counsel should
2 | appear in their stead, as indicated in the notice of
3 | unavailability.
4 |
5 |     IT IS SO ORDERED.
6 |
7 | Dated: August 13, 2013 
8 |                          UNITED STATES DISTRICT JUDGE