HOJOON HWANG (State Bar No. 184950)
hojoon.hwang@mto.com
WILLIAM D. TEMKO (State Bar No. 98858)
william.temko@mto.com
JONATHAN E. ALTMAN (State Bar No. 170607)
jonathan.altman@mto.com
BETHANY W. KRISTOVICH (State Bar No. 241891)
bethany.kristovich@mto.com
LAURA K. SULLIVAN (State Bar No. 281542)
laura.sullivan@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:     (415) 512-4000
Facsimile:      (415) 512-4077

Attorneys for Defendant
LG Electronics Taiwan Taipei Co., Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-md-05944-SC (N.D.Cal)<br><br>MDL No. 1917 |
| This Document Relates to:<br><br>*Dell Inc., et al. v. Hitachi, Ltd., et al.*, Case No. 13-cv-02171-SC<br><br>*Sharp Electronics Corp., et al. v. Hitachi Ltd., et al.*, Case No. 13-cv-01173-SC<br><br>*Tech Data Corporation, et al. v. Hitachi, Ltd., et al.,* Case No. 13-cv-00157-SC | **STIPULATION AND [PROPOSED] ORDER DISMISSING DEFENDANT LG ELECTRONICS TAIWAN TAIPEI CO., LTD.**<br><br>Judge:    The Honorable Samuel Conti |

IT IS HERBY STIPULATED AND AGREED by and between counsel for the undersigned Plaintiffs and Defendant LG Electronics Taiwan Taipei Co., Ltd. ("LGETT") as follows:

1.    The First Amended Complaint in the above-captioned action and all claims asserted therein by plaintiffs Tech Data Corporation and Tech Data Product Management, Inc. ("Tech Data") against LGETT are dismissed, without prejudice and without costs, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure;

21832047.2

1    2.   The First Amended Complaint in the above-captioned action and all claims asserted
2  therein by plaintiffs Dell Inc. and Dell Products L.P. ("Dell") against LGETT are dismissed,
3  without prejudice and without costs, pursuant to Rule 41(a) of the Federal Rules of Civil
4  Procedure;
5    3.   The Complaint in the above-captioned action and all claims asserted therein by
6  plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of
7  America, Inc. ("Sharp") against LGETT are dismissed, without prejudice and without costs,
8  pursuant to Rule 41(a) of the Federal Rules of Civil Procedure;
9    4.   The undersigned parties jointly and respectfully request that the Court enter this
10  Stipulation as an Order.

11  **IT IS SO STIPULATED.**

12  DATED: October 9, 2013                    MUNGER, TOLLES & OLSON LLP

13                                            By:  /s/ William D. Temko
14                                            HOJOON HWANG (SBN 184950)
                                              Hojoon.Hwang@mto.com
15                                            **MUNGER, TOLLES & OLSON LLP**
                                              560 Mission Street, Twenty-Seventh Floor
16                                            San Francisco, CA   94105-2907
17                                            Telephone:    (415) 512-4000
                                              Facsimile:    (415) 512-4077
18
                                              WILLIAM D. TEMKO  (SBN 098858)
19                                            William.Temko@mto.com
                                              JONATHAN E. ALTMAN (SBN 170607)
20                                            Jonathan.Altman@mto.com
21                                            BETHANY W. KRISTOVICH (SBN 241891)
                                              Bethany.Kristovich@mto.com
22                                            **MUNGER, TOLLES & OLSON LLP**
                                              355 South Grand Avenue, Thirty-Fifth Floor
23                                            Los Angeles, CA  90071-1560
24                                            Telephone:    (213) 683-9100
                                              Facsimile:    (213) 687-3702
25
                                              Attorneys for Devfendant
26                                            LG Electronics Taiwan Taipei Co., Ltd.
27
28

21832047.2                                      -2-

| | | |
|---|---|---|
| 1 | DATED: October 9, 2013 | ALSTON & BIRD |
| 2 | | By:  /s/ Debra D. Bernstein |
| | | DEBRA D. BERNSTEIN (*pro hac vice*) |
| 3 | | debra.bernstein@alston.com |
| 4 | | MICHAEL P. KENNY (*pro hac vice*) |
| | | mike.kenny@alston.com |
| 5 | | RODNEY J. GANSKE (*pro hac vice*) |
| | | rod.ganske@alston.com |
| 6 | | MATTHEW D. KENT (*pro hac vice*) |
| 7 | | matthew.kent@alston.com |
| | | ELIZABETH JORDAN (*pro hac vice*) |
| 8 | | elizabeth.jordan@alston.com |
| | | MELISSA WHITEHEAD *(pro hac vice)* |
| 9 | | melissa.whitehead@alston.com |
| | | **ALSTON & BIRD LLP** |
| 10 | | 1201 West Peachtree Street |
| 11 | | Atlanta, GA  30309-3424 |
| | | Telephone:     (404) 881-7000 |
| 12 | | Facsimile:      (404) 881-7777 |
| 13 | | Attorneys for Plaintiffs |
| 14 | | Dell Inc. and Dell Products L.P. |
| 15 | DATED: October 9, 2013 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| 16 | | |
| 17 | | By:  /s/ Craig A. Benson |
| | | KENNETH A. GALLO (*pro hac vice*) |
| 18 | | kgallo@paulweiss.com |
| | | JOSEPH J. SIMONS (*pro hac vice*) |
| 19 | | jsimons@ paulweiss.com |
| | | CRAIG A. BENSON (*pro hac vice*) |
| 20 | | cbenson paulweiss.com |
| 21 | | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** |
| 22 | | 2001 K Street, NW |
| | | Washington, DC  20006 |
| 23 | | Telephone:     (202) 223-7356 |
| | | Facsimile:      (202) 204-7356 |
| 24 | | |
| 25 | | Attorneys for Plaintiffs |
| | | Sharp Electronics Corporation and Sharp Electronics |
| 26 | | Manufacturing Company of America, Inc. |
| 27 | | |
| 28 | | |

21832047.2                                              -3-

| | | |
|---|---|---|
| 1 | DATED: October 9, 2013 | BILZIN SUMBERG BAENA PRICE & AXELROD LLP |

By: ___/s/ Scott N. Wagner_____
ROBERT W. TURKEN
rturken@bilzin.com
MITCHELL E. WIDOM
mwidom@bilzin.com
SCOTT N. WAGNER
swagner@bilzin.com
**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
1450 Brickell Avenue, Suite 2300
Miami, FL  33131-3456
Telephone:   (305) 374-7580
Facsimile:    (305) 374-7593

STUART H. SINGER
**BOIES, SCHILLER & FLEXNER LLP**
401 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, FL  33301
Telephone:   (954) 356-0011
Facsimile:    (954) 356-0022
Email:          ssinger@bsfllp.com

Attorneys for Plaintiffs
Tech Data Corporation and Tech Data Product Management, Inc.

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated:  __10/15/2013_____     _____
                                                Honorable Samuel C. [Conti]
                                                United States District [Judge]

*[Seal: United States District Court, Northern District of California — Judge Samuel Conti]*

21832047.2                                -4-