*[Stipulating parties listed on signature page]*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-5944 JST |
| | MDL No. 1917 |
| This Document Relates to: | **STIPULATION OF DISMISSAL** |
| *Electrograph Systems, Inc. et al. v. Technicolor SA, et al.*, No. 13-cv-05724 | |
| *Interbond Corporation of America v. Technicolor SA, et al.*, No. 13-cv-05727 | |
| *Office Depot, Inc. v. Technicolor SA, et al.*, No. 13-cv-05726 | |
| *P.C. Richard & Son Long Island Corporation, et al. v. Technicolor SA, et al.*, No. 13-cv-05725 | |
| *Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-00157 | |
| *Schultze Agency Services, LLC v. Technicolor SA, Ltd., et al.*, No. 13-cv-05668 | |

Plaintiffs Electrograph Systems, Inc. and Electrograph Technologies Corp.; Interbond Corporation of America; Office Depot, Inc.; P.C. Richard & Son Long Island Corporation; ABC Appliance, Inc.; MARTA Cooperative of America, Inc.; Tech Data Corporation and Tech Data Product Management, Inc.; and Schultze Agency Services on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC (collectively, "Plaintiffs"), and Defendants Mitsubishi Electric Corporation; Mitsubishi Electric US, Inc., formerly known as Mitsubishi Electric & Electronics USA, Inc.; and Mitsubishi Electric Visual Solutions America, Inc., individually and as successor to Mitsubishi Digital Electronics America, Inc.[1] ("Mitsubishi Electric"), on the other hand, hereby stipulate as

---

[1] The Court previously granted summary judgment in favor of Defendants Mitsubishi Electric US, Inc. and Mitsubishi Electric Visual Solutions America, Inc. [Dkt. No. 4559]. The Court, however,

follows:

1. Plaintiffs and Mitsubishi Electric seek dismissal of these actions with prejudice as brought against Mitsubishi Electric only.

2. Plaintiffs and Mitsubishi Electric agree that each party shall bear its own costs and attorneys' fees in connection with this action.

3. This stipulation does not affect the rights or claims of Plaintiffs against any defendant or alleged co-conspirator in this litigation other than Mitsubishi Electric.

WHEREFORE, the parties respectfully request that this Court issue an Order of Dismissal with respect to Plaintiffs' actions as brought against Mitsubishi Electric only.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June 23, 2016



has not yet entered a final judgment in favor of those parties pursuant to Federal Rule of Civil Procedure 54(b). The parties have included Mitsubishi Electric US, Inc. and Mitsubishi Electric Visual Solutions America, Inc. in this Stipulation in order to bring finality to these proceedings between Plaintiffs and Mitsubishi Electric.

2
STIPULATION OF DISMISSAL

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the below signatories.

Dated:  June 23, 2016         /s/  *Philip J. Iovieno*

Philip J. Iovieno
Anne M. Nardacci
BOIES, SCHILLER & FLEXNER LLP
30 South Pearl Street, 11th Floor
Albany, NY  12207
Telephone:  (518) 434-0600
Facsimile:   (518) 434-0665
Email:  piovieno@bsfllp.com
anardacci@bsfllp.com

William A. Isaacson
Kyle Smith
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C.  20015
Telephone:  (202) 237-2727
Facsimile:   (202) 237-6131
Email:  wisaacson@bsfllp.com
ksmith@bsfllp.com

Stuart Singer
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone:  (954) 356-0011
Facsimile:   (954) 356-0022
Email:  ssinger@bsfllp.com

*Attorneys for Plaintiffs Electrograph Systems, Inc. and Electrograph Technologies Corp., Interbond Corporation of America, Office Depot, Inc., P.C. Richard & Son Long Island Corporation, MARTA Cooperative of America, Inc., ABC Appliance, Inc., Tech Data Corporation and Tech Data Product Management, Inc., and Schultze Agency Services, LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC*

/s/ *Scott N. Wagner*

Robert W. Turken
Scott N. Wagner
Mitchell E. Widom
BILZIN SUMBERG BAENA PRICE & AXELROD LLP
1450 Brickell Ave., Suite 2300

|   |   |
|---|---|
| 1 | Miami, Florida 33131-3456 |
| 2 | Telephone: 305-374-7580 |
|   | Facsimile: 305-374-7593 |
| 3 | E-mail: rturken@bilzin.com |
|   | swagner@bilzin.com |
| 4 | mwidom@bilzin.com |

*Attorneys for Plaintiffs Tech Data Corporation and Tech Data Product Management, Inc.*

By: */s/ Terrence J. Truax*

Terrance J. Truax
Michael T. Brody
Charles B. Sklarsky
Gabriel A. Fuentes
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, Illinois 60654-3456
Telephone: 312-222-9350
Facsimile: 312-527-0484
ttruax@jenner.com
mbrody@jenner.com
csklarsky@jenner.com
gfuentes@jenner.com

Harold A. Barza
Kevin Y. Teruya
QUINN EMANUEL URQUHART & SULLIVAN LLP
865 S. Figueroa St.
Los Angeles, CA 90017
Telephone: 213-443-3000
Facsimile: 213-443-3100
halbarza@quinnemanuel.com
kevinteruya@quinnemanuel.com

Ryan S. Goldstein
QUINN EMANUEL URQUHART & SULLIVAN LLP
NBF Hibiya Building, 25F
1-1-7, Uchisaiwai-cho, Chiyoda-ku
Tokyo 100-0011, Japan
Telephone: +81 3 5510 1711
Facsimile: +81 3 5510 1712
ryangoldstein@quinnemanuel.com

*Attorneys for Defendant Mitsubishi Electric Corporation*